# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER NUNN BISHOP, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RED HAT, INC, SOHAIB ABBASI, W. STEVE ALBRECHT, CHARLENE T. BEGLEY, NARENDRA K. GUPTA, KIMBERLY L. HAMMONDS, WILLIAM S. KAISER, KEVIN M. MURAI, JAMES M. WHITEHURST, and ALFRED W. ZOLLAR,<br><br>　　　　　　　　　Defendants. | Case No. 1:18-cv-02045-RGA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Christopher Nunn Bishop ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the Plaintiff only. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: January 9, 2019

**OF COUNSEL:**

**KASKELA LAW LLC**
D. Seamus Kaskela
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (888) 715–1740
Facsimile: (484) 258–1585
Email: skaskela@kaskelalaw.com

**RIGRODSKY & LONG, P.A.**
By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*